No. 86–5026.   WINGO *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–5292.   LOYD *v.* LOUISIANA.   Sup. Ct. La.;
No. 86–5379.   WATSON *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–5426.   BROGDON *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–5436.   GLASS *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–5544.   WELCOME *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–5769.   THOMPSON *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 86–5800.   BERRY *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.;
No. 86–5884.   IRVING *v.* MISSISSIPPI.   Sup. Ct. Miss.;
No. 86–5984.   BATES *v.* LOUISIANA.   Sup. Ct. La.;
No. 86–6027.   RUST *v.* NEBRASKA.   Sup. Ct. Neb.;
No. 86–6043.   RAULT *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.;
No. 86–6103.   HARDWICK *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Sup. Ct. Fla.;
No. 86–6188.   MOORE *v.* BLACKBURN, WARDEN.   C. A. 5th Cir.; and
No. 86–6300.   JOHNSON *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.   Reported below: No. 86–5026, 783 F. 2d 1046 and 786 F. 2d 654; No. 86–5292, 489 So. 2d 898; No. 86–5379, 798 F. 2d 872; No. 86–5426, 790 F. 2d 1164; No. 86–5436, 791 F. 2d 1165; No. 86–5544, 793 F. 2d 672; No. 86–5769, 787 F. 2d 1447; No. 86–5800, 795 F. 2d 504; No. 86–5884, 498 So. 2d 305; No. 86–5984, 495 So. 2d 1262; No. 86–6027, 223 Neb. 150, 388 N. W. 2d 483;

No. 86–6043, 799 F. 2d 1071; No. 86–6103, 496 So. 2d 796; No. 86–6188, 806 F. 2d 560; No. 86–6300, 804 F. 2d 300.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.